## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
901 19th Street, Denver, CO 80294

**Plaintiff(s)**

WILLIAM POWELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

v.

**Defendant(s)**

THE KROGER COMPANY; AND DILLON COMPANIES, LLC S/K/A KING SOOPERS, INC, D/D/A KING SOOPERS/CITY MARKET

**Affidavit of Service**

Case # 20-cv-01983-NRN

Recieved on **July 09, 2020 at 10:42 am**

I, **Steven D. Glenn**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On July 14, 2020 at 12:45 pm, I executed service of a **SUMMONS IN A CIVIL ACTION; CLASS AND COLLECTIVE ACTION COMPLAINT WITH EXHIBIT A AND ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NON-CONSENT FORM AND CIVIL COVER SHEET**, on THE KROGER COMPANY at Corporation Service Company, 1900 West Littleton Blvd., Littleton, Arapahoe County, CO 80120.

By Registered Agent Service: COLE STENDER - INTAKE SPECIALIST

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed on July 14, 2020 at Greenwood Village, Colorado

_/s/ Steven D. Glenn_
Steven D. Glenn

Field Sheet Id: 5948

Client Reference    United States 20-CV-01983-NRN

Page 1 of 1
Process ServerSoftware Pro